**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**ALLMERICA FINANCIAL BENEFIT INSURANCE CO. and**
**MASSACHUSETTS BAY INSURANCE CO.,**

**Plaintiffs,**

**v.** **Docket No. 2:17-cv-02545 JPM cgc**

**EAGLE SALES COMPANY, INC.,**
**JAMES LOWERY and SHERRY SANDERS,**
**as Parents and next of kin of REED G. LOWERY,**
**Deceased, WILLIAM BLAKE KOBECK,**
**WILLIAM MARK KOBECK, KIMBERLY**
**KOBECK, CAROLYN KOBECK, and**
**CLAY & LAND INSURANCE, INC.**

**Defendants.**

---

## JOINT NOTICE OF SETTLEMENT

---

COMES NOW the Parties, by and through their counsel of record, pursuant to Local Rule 83.13, and give notice that all matters by and between these parties have been settled and compromised. Upon final conclusion of all necessary paperwork, the Parties will submit the appropriate stipulation of dismissal pursuant to Fed. R. Civ. P. 41.

Respectfully submitted,

By: *s/ S. Newton Anderson*
S. Newton Anderson, #9335
Mary Roxana Rudolph, #03825
Spicer Rudstrom, PLLC
*Counsel for Plaintiffs*
119 S. Main Street, Ste. 700
Memphis, TN 38103
sna@spicerfirm.com
rrudloph@spicerfirm.com

By: *s/ Thomas E. Hansom*
Thomas E. Hansom, Esq., #8153
Thomas E. Hansom Law Office
*Counsel for the Kobecks and*
*Eagle Sales Company, Inc.*
5810 Shelby Oaks Drive
Memphis, TN 38134
(901) 327-4243
thansom@thansom.com

By: *s/ Jeffrey Rosenblum*
Jeffrey Rosenblum, #13626
Marc E. Reisman, #13931
Matthew T. May, #25547
Rosenblum & Reisman, PC
*Counsel for Defendants James Lowery and*
*Sherry Sanders*
Triad Centre III
6070 Poplar Avenue, Suite 550
Memphis TN 38119
jeffr@randrfirm.com
marc@randrfirm.com
matt@randrfirm.com

By: *s/ Rebecca Adelman*
Rebecca Adelman, #14736
John Woods, # 35791
Adelman Law Firm, PLLC
*Counsel for Defendant Clay & Land*
*Insurance, Inc.*
647 South Main Street
Memphis, TN 38103
rebecca@adelmanfirm.com
jwoods@adelmanfirm.com

**CERTIFICATE OF SERVICE**

I, S. Newton Anderson, do hereby certify that on May 6, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*s/ S. Newton Anderson*
S. NEWTON ANDERSON