**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ALLMERICA FINANCIAL BENEFIT INSURANCE CO. and MASSACHUSETTS BAY INSURANCE CO.,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | Case No. 2:17-cv-02545 |
| v. | ) | |
| **EAGLE SALES COMPANY, INC., JAMES LOWERY and SHERRY SANDERS, as parents and next of kin of REED G. LOWERY, DECEASED, WILLIAM BLAKE KOBECK, WILLIAM MARK KOBECK, KIMBERLY KOBECK, CAROLYN KOBECK, and CLAY & LAND INSURANCE, INC.** | ) | |
| **Defendants.** | ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Joint Stipulation of Dismissal, filed July 9, 2021 (ECF No. 225), and the Court having entered an Order of Dismissal (ECF No. 226),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

July 13, 2021